**DISMISS and Opinion Filed February 27, 2024**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-23-00766-CV**

**PHASE 2 OF THE BAILEY GROUP, Appellant**
**V.**
**GARY LEE HERMAN, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-23-03150-D**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Goldstein
Opinion by Chief Justice Burns

Appellant's brief in this case has not been filed. By letter dated October 23, 2023, we informed appellant that as a corporation, it must be represented by counsel. Appellant obtained counsel as directed and by order dated December 13, 2023, we struck the brief signed by appellant's agent and ordered counsel to file appellant's brief on or before January 12, 2024.

By postcard dated February 8, 2024, we informed appellant its brief was overdue and directed the brief to be filed within ten days. We cautioned appellant that failure to do so would result in the dismissal of this appeal without further notice.

*See* TEX. R. APP. P. 38.8(a)(1).  To date, appellant has not filed its brief or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal.  *See* TEX. R. APP. P. 38.8 (a)(1); 42.3(b), (c).


/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230766F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

PHASE 2 OF THE BAILEY
GROUP, Appellant

No. 05-23-00766-CV     V.

GARY LEE HERMAN, Appellee

On Appeal from the County Court at
Law No. 4, Dallas County, Texas
Trial Court Cause No. CC-23-03150-
D.
Opinion delivered by Chief Justice
Burns. Justices Molberg and
Goldstein participating.

     In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

Judgment entered February 27, 2024